**District 1**

# Case Summary

**Case No. 2025L007947**

| | | | |
|---|---|---|---|
| Benjamin Dotson,Samantha Ginesin -vs- CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD. | § § § § | Location: Judicial Officer: Filed on: Cook County Attorney Number: | **District 1** **Calendar, H** **06/23/2025** **56079** |

---

## Case Information

| | |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **06/23/2025  Pending** |
| Case Flags: | **Case on Bankruptcy Calendar** |

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2025L007947 |
| Court | District 1 |
| Date Assigned | 06/23/2025 |
| Judicial Officer | Calendar, H |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Dotson, Benjamin** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| | **Ginesin, Samantha** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |

Printed on 03/26/2026 at 9:00 PM

District 1

## Case Summary

### Case No. 2025L007947

**Defendant**  **CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY**

**FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.**

**GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.**

**MIDEA AMERICA CORPORATION**

**MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.**

**ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.**

---

## Events and Orders of the Court

08/26/2025    Summons Served - Corporation/Company/Business
      Party:   Plaintiff Dotson, Benjamin

08/21/2025    *CANCELED* **First Time Case Management**   (9:00 AM)   (Judicial Officer: Dempsey, Maire Aileen)
      Resource: Location L2209 Court Room 2209
      Resource: Location D1 Richard J Daley Center
      *Order of Court*

08/08/2025    Summons Issued And Returnable
      *Summons to Corelle Brands*
      Party:   Plaintiff Dotson, Benjamin
      *Summons to Corelle Brands*

08/08/2025    Summons Issued And Returnable
      *Summons to Midea America*
      Party:   Plaintiff Dotson, Benjamin
      *Summons to Midea America*

07/24/2025    Place On Bankruptcy Calendar - Allowed -    (Judicial Officer: Lyons, Thomas V., II)
      Party:   Plaintiff Dotson, Benjamin;
           Plaintiff Ginesin, Samantha

07/24/2025    Strike From Case Management Call - Allowed     (Judicial Officer: Lyons, Thomas V., II)
      Party:   Plaintiff Dotson, Benjamin;
           Plaintiff Ginesin, Samantha

07/24/2025    *CANCELED* **Room 2005 - Motion Calendar M1**   (10:30 AM)   (Judicial Officer: Lyons, Thomas V., II)
      Resource: Location L2005 Court Room 2005
      Resource: Location D1 Richard J Daley Center
      *Conversion - Duplicate Hearing*

07/24/2025    **Room 2005 - Motion Calendar M1**   (10:30 AM)
      Resource: Location L2005 Court Room 2005
      Resource: Location D1 Richard J Daley Center

07/18/2025     Electronic Notice Sent
      Party:   Plaintiff Ginesin, Samantha
      Party 2:   Attorney Cesarone, Frank Vincent

07/18/2025     Electronic Notice Sent
      Party:   Plaintiff Ginesin, Samantha
      Party 2:   Attorney Cesarone, Frank Vincent

District 1

## Case Summary

**Case No. 2025L007947**

07/16/2025  
Notice Of Motion Filed
*Plaintiff's NoM - Motion for Suggestion of Bankruptcy and Stay*
Party:   Plaintiff Dotson, Benjamin
*Plaintiff's NoM - Motion for Suggestion of Bankruptcy and Stay*

07/16/2025  
Motion Filed
*Plaintiffs' Motion for Suggestion of Bankruptcy and Stay*
Party:   Plaintiff Dotson, Benjamin
*Plaintiffs' Motion for Suggestion of Bankruptcy and Stay*

07/07/2025  
Notice Filed
*Plaintiff's Notice of Stay*
Party:   Plaintiff Dotson, Benjamin
*Plaintiff's Notice of Stay*

06/23/2025   New Case Filing

06/23/2025
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
*Complaint at Law and Jury Demand*
Party:   Plaintiff Dotson, Benjamin
Party 2:   Attorney Cesarone, Frank Vincent
*Complaint at Law and Jury Demand*

06/23/2025
Exhibits Filed
*Civil Cover Sheet*
Party:   Plaintiff Dotson, Benjamin
Party 2:   Attorney Cesarone, Frank Vincent
*Civil Cover Sheet*